# United States Court of Appeals
## For the First Circuit

No. 15-1424

ELIZABETH CARRASQUILLO-ORTIZ; CARMEN GUZMÁN-VÁZQUEZ; DANIEL OUVIÑA; VÍCTOR RIVERA; MATILDE RODRÍGUEZ-NOA; BRENDA ENID VÁZQUEZ-DIAZ; FRED VOLTAGGIO-DE JESÚS,

Plaintiffs, Appellants,

v.

American Airlines, Inc.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on January 22, 2016, is amended as follows:

On page 7, footnote 2, replace "Reyes Sánchez" with "<u>Reyes Sánchez</u>".